[Nos. 72164-0-I; 72165-8-I. Division One. April 27, 2015.]

*In the Matter of the Dependency of* G.B. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. KEVIN BANKS, *Appellant.*

Appeals from a judgment of the Superior Court for King County, Nos. 14-7-00087-0 and 14-7-00086-1, Catherine D. Shaffer, J., entered June 13, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Leach, JJ.

[No. 72464-9-I. Division One. April 27, 2015.]

*In the Matter of the Adoption of* C.H.

Appeal from a judgment of the Superior Court for King County, No. 13-5-06561-5, Richard D. Eadie, J., entered August 27, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 45198-1-II. Division Two. April 28, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDRE TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00700-6, Linda CJ Lee, J., entered August 2, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick and Sutton, JJ.

[No. 45276-6-II. Division Two. April 28, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. DENISE LASHON LARKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-05057-4, Gerald T. Costello, J., entered August 20, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Maxa and Lee, JJ.